UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSWARD LUIS FELIPE GUEDEZ,<br><br>                       Petitioner,<br><br>      -against-<br><br>LAWRENCE CATLETTI, et al.,<br><br>                      Respondents. | Case No. 1:26-cv-02463 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Respondents' March 30, 2026 letter.  *See* Dkt. 10.  In light of Respondents' concession that "[t]he instant case is not materially distinguishable from the facts and legal issues presented in the Court's decisions in *Guzman Andujar* and *Campbell*," *id.* at 2, the Court shall temporarily suspend the parties' briefing schedule and the hearing set for April 10, 2026 in this matter.

Instead, by **April 6, 2026**, Petitioner shall submit a letter response, not to exceed three pages, addressing Respondents' argument regarding the appropriate remedy in this case.

Dated: April 1, 2026
      New York, New York

                                     SO ORDERED.

                                     JENNIFER L. ROCHON
                                     United States District Judge

1