**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
OSWARD LUIS FELIPE PEREZ GUEDEZ,

                          Petitioner,               26 **CIVIL** 2463 (JLR)

     -against-                            **JUDGMENT**

LAWRENCE CATLETTI, et al.,

                          Respondents.
----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 9, 2026, the Petition for the

writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:** New York, New York
         April 10, 2026

                                 **TAMMI M. HELLWIG**
                                 _____
                                 **Clerk of Court**

                   **BY:**

                                 _____
                                 **Deputy Clerk**