UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWARD LUIS FELIPE GUEDEZ,

                    Petitioner,

      -against-

LAWRENCE CATLETTI, et al.,

                    Respondents.

Case No. 1:26-cv-02463 (JLR)

**ORDER TO SHOW CAUSE**

JENNIFER L. ROCHON, United States District Judge:

Upon consideration of Petitioner's Emergency Motion for an Order to Show Cause and to Reopen Case and accompanying Declaration of Nuala O'Doherty-Naranjo, Dkts. 15, 16, IT IS HEREBY ORDERED that:

1. By **April 22, 2026**, Respondents must file a return on the Order to Show Cause as to why Petitioner's motion for an order compelling his immediate release should not be granted.

2. By **April 23, 2026**, Petitioner shall submit any reply.

3. The Court will hold a hearing on the Order to Show Cause on **April 24, 2026, at 1:00 p.m.**, in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  **Respondents shall produce Petitioner at the conference**.

4. The Clerk of Court is respectfully directed to REOPEN this matter.

Dated:  April 19, 2026
       New York, New York

                                   SO ORDERED.

                                   _Jennifer Rochon_____

                                   JENNIFER L. ROCHON
                                   United States District Judge