UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWARD LUIS FELIPE GUEDEZ,

                      Petitioner,

        -against-

LAWRENCE CATLETTI, et al.,

                    Respondents.

Case No. 1:26-cv-02463 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Petitioner's Status Report Regarding Petitioner's Release, Conflicting Directives, and Punitive Conditions and accompanying Declaration of Osward Luis Felipe Perez Guedez.  Dkt. 18 ("Status Report" or "Status Rep."); Dkt. 19 ("Decl.").  In his Status Report, Petitioner relays that, "[o]n April 20, 2026, Petitioner was released and has been reunited with his family."  Status Rep. at 1.  As Petitioner concedes, "[t]his . . . development moots the portion of [his] emergency motion seeking his immediate release."  *Id.*  Nevertheless, Petitioner raises two issues that he believes "underscore the need for this Court's continued oversight," *id.*: (1) that an ICE officer told Petitioner to report yesterday to 26 Federal Plaza, which contradicts the May 5, 2026 reporting date set out in Petitioner's ROR, Decl. ¶¶ 4, 6; and (2) that the GPS ankle monitoring and bi-weekly reporting ordered by the Immigration Judge following Petitioner's bond hearing "appear excessive and punitive," Status Rep. at 2; *see also* Dkt. 11-1 ("IJ Order") (ordering Petitioner "to wear a GPS tracking device at all times and to report to ERO-ICE no more than every (15) days").  Given these alleged issues, Petitioner "propose[s] that the Court hold the Order to Show Cause in abeyance while the case remains open."  Status Rep. at 2.

In light of Petitioner's release on April 20, 2026, the Court finds that Petitioner's Emergency Motion for an Order to Show Cause, which sought an order compelling Petitioner's immediate release, Dkt. 15 at 2, is now MOOT.  In addition, the two issues that Petitioner identified in his

Status Report are beyond the scope of Petitioner's habeas petition, Dkt. 1, and the Court will not hold the Order to Show Cause in abeyance for continued oversight.

The conference scheduled for April 24, 2026 is hereby cancelled.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 15 and CLOSE this case.

Dated: April 22, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

2